**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Clifton Pierson,

    Plaintiff,

    v.                                    Case No. 1:19cv843

Sheriff James Neil, *et al.*,            Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 16, 2021 (Doc. 8).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 8) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 8) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Plaintiff's Motion for Default Judgment (Doc. 7) is **DENIED**.

    **IT IS SO ORDERED.**

                                                          */s/ Michael R. Barrett*
                                                        Michael R. Barrett, Judge
                                                        United States District Court